## MAY v. STATE.

### No. 26708.

Court of Criminal Appeals of Texas.

Dec. 16, 1953.

No attorney on appeal for appellant.

William H. Scott, Dist. Atty.; King C. Haynie, Asst. Dist. Atty., Houston, Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Under a plea of guilty before the court, appellant was convicted of the felony of-

fense of drunk driving, under Art. 802b, Vernon's Ann.P.C.

The record before us is without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.